UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>Plaintiff,<br><br>v.<br><br>HERZOG, *et al.*,<br><br>Defendants. | Case No. 3:22-CV-00564-ART-CLB<br><br>**ORDER RE: SERVICE OF PROCESS** |

On May 3, 2024, the Court granted, in part, a motion to make new arrangements of service filed by Plaintiff James Edward Scott. (ECF No. 45.) Specifically, the Court ordered that the Office of the Attorney General ("OAG") attempt to locate a physical address for Defendant William Miller. (*Id.*) The OAG has located a physical address for Defendant Miller, which has been filed under seal. (*See* ECF Nos. 47, 48.) While it is Plaintiff's obligation to request service of this Defendant, for the purposes of judicial economy, the Court will direct service at this time.

Accordingly, **IT IS ORDERED** the Clerk shall **ISSUE** a summons for Defendant **William Miller** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 47.) The Clerk shall also **SEND** sufficient copies of the second amended complaint, (ECF No. 17), the screening order, (ECF No. 19), and this order to the U.S. Marshal for service on the Defendant. The Court will separately provide to the U.S. Marshal a completed USM-285 form for the Defendant.

**IT IS SO ORDERED.**

**DATED**: May 8, 2024

_____
UNITED STATES MAGISTRATE JUDGE