UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SGT. FNU HERZOG, *et. al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:22-CV-00564-ART-CLB<br><br>**ORDER DENYING MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>[ECF No. 66] |

Before the Court is Plaintiff's James Edward Scott III ("Scott") motion for leave to file an amended complaint. (ECF No. 66.) In the motion, Scott seeks to amend his complaint to add C/O Ryan La Clair and Warden Breitenbach as defendants. (*Id.* at 1.) However, Scott failed to attach or provide a proposed "Third Amended Complaint" to his motion in violation of the District of Nevada's Local Rules. Specifically, pursuant to Local Rule 15-1(a), a moving party "must attach the proposed amended pleading to a motion seeking leave of the court to file an amended pleading."

Therefore, Scott's motion for leave to amend his complaint, (ECF No. 66), is **DENIED**. However, the Court grants Scott leave to re-file a properly supported motion for leave to file an amended complaint, which must include as an attachment his proposed amended pleading, for the Court's consideration by no later than **Friday, August 30, 2024**.

　　**IT IS SO ORDERED.**

　　**DATED**: __August 6, 2024__.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**