NOTICE OF CHANGE OF ADDRESS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

James Edward Scott III,

Plaintiff,

v.

SGT FNU HERZOG, et al.,

Defendants.

Case No. 3:22-cv-00564-ART-CLB

NOTICE OF CHANGE OF ADDRESS

Plaintiff, James Edward Scott III, hereby notifies the Court of a change of address.

Plaintiff's new contact information is as follows:

Address:

3260 Fountain Falls Way

Building 25, Unit 2100

North Las Vegas, Nevada 89032

Phone: 531-350-4393

Email: buttonbenjamin08@gmail.com

Plaintiff respectfully requests that the Clerk of Court update the docket to reflect this change of address.

DATED this 25th day of February, 2026.

Respectfully submitted,

James Edward Scott III

Plaintiff, Pro Se

3260 Fountain Falls Way

Building 25, Unit 2100

North Las Vegas, Nevada 89032

531-350-4393

buttonbenjamin08@gmail.com